# Echevarria Law, PLLC
P.O. Box 1053
Warwick, New York 10990

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/23/2023

Jennifer S. Echevarria, Esq.*  Jennifer@EchevarriaLawPLLC.com  (845) 544-7644
*Admitted in NY, NJ, CT

**MEMO ENDORSED**

November 22, 2023

Hon. Nelson S. Román  [Via ECF and
United States Courthouse  email: RomanNYSDChambers@nysd.uscourts.gov ]
300 Quarropas Street
White Plains, New York 10601

Re:  Dingman v. Fuji Japanese Steakhouse Sushi Inc., *et ano.*
Case No.: 20-cv-4850
Advising of Settlement, Requesting Stay of Trial

Dear Judge Román:

The undersigned represents Defendants in the above referenced matter.

The parties have come to an agreement on terms to resolve this matter and anticipate having the agreement fully executed by Friday, November 24, 2023. Provided that the agreement is not revoked during the revocation period, the parties anticipate filing a stipulation of voluntary discontinuance on Monday, December 4, 2023.

The parties thank the Court for its attention to this matter.

Respectfully submitted,

Jennifer S. Echevarria

Cc:  Laura Wong-Pan, Esq. (via email: lwp@laurawongpanlaw.com)

**The parties request is GRANTED. The trial scheduled to begin Nov. 28 is STAYED. The Clerk of Court is directed to terminate the motions at ECF Nos. 102 and 105.**
**Dated: November 23, 2023**
**White Plains, NY**

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE