UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HEATHER DINGMAN,

            Plaintiff,

-against-

FUJI JAPANESE STEAKHOUSE,
SUSHI INC. and AN H CHEN, aka ANDY CHEN,
in his official and individual capacities,

            Defendants.
-----------------------------------------------------------------X

Case No.: 20-cv-4850 (NSR)

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and/or their respective counsel, that the above-captioned action is voluntarily dismissed, with prejudice, and without costs to any party, against all Defendants, FUJI JAPANESE STEAKHOUSE SUSHI INC and AN H CHEN aka ANDY CHEN, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Law Office of Laura Wong-Pan, PLLC

_____
By: Laura Wong-Pan, Esq.
Attorneys for Plaintiff
319 Mill Street
Poughkeepsie, NY 12601
(T) 845-218-1288
(E) lwp@laurawongpanlaw.com

Echevarria Law, PLLC

_____ 11/27/23
By: Jennifer S Echevarria, Esq. (je5544)
Attorney for Defendants
P.O. Box 1053
Warwick, New York 10990
(T) 845-544-7644
(E) Jennifer@EchevarriaLawPLLC.com